IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD DUANE ERDEN JR.,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4238

Opinion filed October 7, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Richard Duane Erden Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.